THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACINDA DORIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>AMAZON WEB SERVICES INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C22-0269-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for an extension of time (Dkt. No. 14) to respond to Plaintiff's complaint (Dkt. No. 1). Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant's deadline to respond to Plaintiff's complaint is extended to May 16, 2022.

DATED this 24th day of March 2022.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C22-0269-JCC
PAGE - 1