THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACINDA DORIAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | No. 2:22-cv-00269-JHC<br><br>DEFENDANT AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT
(No. 2:22-cv-00269-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Amazon Web Services, Inc. states that it is an indirect, wholly owned subsidiary of Amazon.com, Inc., a publicly traded company. Amazon.com, Inc. is incorporated in Delaware and headquartered in Washington.

Dated: May 16, 2022

By: */s/ Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

CORPORATE DISCLOSURE STATEMENT
(No. 2:22-cv-00269-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 16, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Electronic Mail Notice List.

Dated: May 16, 2022

/s/ Ryan Spear
Ryan Spear

CORPORATE DISCLOSURE STATEMENT
(No. 2:22-cv-00269-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000