THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACINDA DORIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND STRIKE**<br><br>NOTE ON MOTION CALENDAR: [May 31, 2022] |

Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Jacinda Dorian and Defendant Amazon Web Services, Inc. jointly move to modify the briefing schedule relating to Defendant's Rule 12(b)(6) motion to dismiss and Rule 12(f) motion to strike class allegations (dkt. 21). The parties agree to stipulate to a briefing schedule, subject to the Court's approval, as proposed below.

**BACKGROUND**

1. Plaintiff filed this case on March 7, 2022. (Dkt. 1.)

2. After conferring with Defendant, Plaintiff agreed to a 45-day extension of Defendant's deadline to respond to Plaintiff's complaint, and Defendant filed an unopposed motion requesting such relief on March 23, 2022, which the Court granted. (Dkts. 14, 16.)

3. On May 16, 2022, Defendant filed a Rule 12(b)(6) motion to dismiss and Rule

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND STRIKE
Case No. 2:22-cv-00269-JHC

- 1 -

**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

12(f) motion to strike class allegations ("Defendant's Motion"). (Dkt. 21). Under the default schedule set by the local rules, Plaintiff's opposition is due June 6, 2022, and Defendant's reply is due June 10, 2022.

4. After good faith discussions, the Parties have stipulated to a modified briefing schedule, subject to the Court's approval, for Plaintiff's opposition to, and Defendant's reply in support of, Defendant's Motion. The stipulated schedule provides both parties an additional thirty days to file their respective briefs.

5. The Parties submit that good cause exists to extend the briefing schedule given the complex issues raised in Defendant's Motion, which includes arguments surrounding Illinois' extraterritoriality doctrine, the U.S. Constitution's Dormant Commerce Clause, and the Biometric Information Privacy Act's exception for financial institutions subject to Title V of the Gramm-Leach-Bliley Act. Plaintiff requires additional time to consider Defendant's arguments, and Defendant anticipates it will require additional time on reply. Further, counsel for both Parties have previously scheduled vacations during the Memorial Day weekend holiday and throughout the upcoming summer months.

**STIPULATED BRIEFING SCHEDULE**

Plaintiff and Defendant stipulate to the following briefing schedule:

| Agreed Date | Deadline For: |
|---|---|
| July 6, 2022 | Plaintiff's Opposition to Defendant's Motion |
| August 9, 2022 | Defendant's Reply in Support of Defendant's Motion |

Dated: May 31, 2022

By:  /s/ Wright A. Noel

Wright A. Noel, WSBA No. 25264
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel:  425.837.4717

Dated: May 31, 2022

By:  /s/ Ryan Spear

Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT'S MOTION
TO DISMISS AND STRIKE
Case No. 2:22-cv-00269-JHC

- 2 -

CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

Fax: 425.837.5396

J. Eli Wade-Scott*
ewadescott@edelson.com
Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta*
pfraietta@bursor.com
Alec M. Leslie*
aleslie@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Randall K. Pulliam*
rpulliam@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street
Little Rock, Arkansas 72201
Tel: 501.312.8500
Fax: 501.312.8505

*Pro hac vice admission pending

Attorneys for Plaintiff

Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this 31st day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
JOHN H. CHUN

STIPULATED MOTION AND ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT'S MOTION
TO DISMISS AND STRIKE
Case No. 2:22-cv-00269-JHC

- 3 -

CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396