UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACINDA DORIAN,

    Plaintiff,

  v.

AMAZON WEB SERVICES, INC.,

    Defendant.

CASE NO. C22-0269JHC

SCHEDULING ORDER REGARDING
CLASS CERTIFICATION

   The Court is in receipt of the parties' Joint Proposed Scheduling Order (Dkt. # 36) and

adopts the schedule as follows:

| EVENT | DEADLINE |
|---|---|
| Deadline to Amend Pleadings and Join Other Parties | February 6, 2023 |
| Completion of Fact Discovery (Merits Issues and Class Certification Issues) | June 9, 2023 |
| Disclosure of Plaintiff's Expert(s) and Expert Report(s) regarding Class Certification | July 7, 2023 |
| Disclosure of Defendant's Expert(s) and Expert Report(s) regarding Class Certification | August 11, 2023 |

| Completion of Expert Discovery regarding Class Certification | September 29, 2023 |
|---|---|
| Plaintiff's Deadline to Move for Class Certification | October 27, 2023 |
| Defendant's Deadline to Respond to Motion for Class Certification | November 27, 2023 |
| Plaintiff's Deadline to Reply in support of Class Certification | December 18, 2023 |

Dated this 22nd day of August, 2022.

John H. Chun
United States District Judge