THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACINDA DORIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　　　Defendant. | No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 16, 2022.** |

　　　Having considered Plaintiff Jacinda Dorian's Motion for Leave to File First Amended Complaint (the "Motion") and all papers filed in support and in opposition of the Motion, the Court hereby ORDERS:

　　　1.　　Plaintiff's Motion is GRANTED.

　　　2.　　The substituted plaintiffs, Avelardo Rivera and Yasmine Romero, shall file their First Amended Class Action Complaint by September 21, 2022.

　　　3.　　Defendant shall respond to the First Amended Class Action Complaint by October 19, 2022.

　　　4.　　If Defendant files a motion to dismiss the First Amended Class Action Complaint, Plaintiffs Rivera and Romero shall respond to the motion by November 2, 2022 and Defendant shall file a reply in support of the motion by November 16, 2022.

ORDER
Case No. 2:22-cv-00269-JHC
158300955.1

1

**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

**IT IS SO ORDERED**

DATED this 20th day of September, 2022

*[signature: John H. Chun]*

John H. Chun
United States District Judge

Presented by:

By: /s/ _____

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

J. Eli Wade-Scott*
ewadescott@edelson.com
Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta*
pfraietta@bursor.com
Alec M. Leslie*
aleslie@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Christopher R. Reilly*
creilly@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, Florida 33131
Tel: 305.330.5512

ORDER
Case No. 2:22-cv-00269-JHC
158300955.1

2

CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

Fax: 305.679.9006

Randall K. Pulliam*
rpulliam@cbplaw.com
Samuel R. Jackson*
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street
Little Rock, Arkansas 72201
Tel: 501.312.8500
Fax: 501.312.8505

*Admitted *pro hac vice*

*Attorneys for Plaintiff and the Putative Class*

ORDER
Case No.  2:22-cv-00269-JHC
158300955.1

3

**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396