UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACINDA DORIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:22-cv-00269<br><br>ORDER |

Before the Court is Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike Class Allegations. Dkt. # 21. Since the filing of the motion, Plaintiff has filed a First Amended Class Action Complaint. Dkt. # 44. Thus, in accordance with Defendant's request, Dkt. # 41, the Court STRIKES the motion as moot.

Dated this 9th day of March, 2023.

John H. Chun
United States District Judge

ORDER - 1