UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:22-cv-00269<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR FORTY-FIVE-DAY EXTENSION OF SCHEDULING ORDER DEADLINES** |

Having considered Plaintiffs Avelardo Rivera's and Yasmine Romero's Motion for Forty-Five-Day Extension of Scheduling Order Deadlines (the "Motion") and all papers filed in support and in opposition of the Motion, the Court hereby ORDERS:

1. Plaintiffs' Motion is GRANTED.

2. The Scheduling Order Regarding Class Certification (dkt. 37) is modified as follows:

- 1

| EVENT | PROPOSED DEADLINE |
|---|---|
| Completion of Fact Discovery (Merits Issues and Class Certification Issues) | July 24, 2023 |
| Disclosure of Plaintiffs' Expert(s) and Expert Report(s) regarding Class Certification | August 21, 2023 |
| Disclosure of Defendant's Expert(s) and Expert Report(s) regarding Class Certification | September 25, 2023 |
| Completion of Expert Discovery regarding Class Certification | November 13, 2023 |
| Plaintiffs' Deadline to Move for Class Certification | December 11, 2023 |
| Defendant's Deadline to Respond to Motion for Class Certification | January 11, 2024 |
| Plaintiffs' Deadline to Reply in support of Class Certification | February 1, 2024 |

Dated this 5th day of June, 2023.

John H. Chun
United States District Judge