THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | No. 2:22-CV-00269-JHC<br><br>STIPULATED MOTION AND ORDER TO MODIFY DEADLINES<br><br>NOTED ON MOTION CALENDAR:<br>August 17, 2023 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs"), together with defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties"), respectfully move for (1) a brief 10-day extension of the Parties' deadlines for completing briefing on Plaintiffs' pending motion to compel discovery (Dkt. 83) and (2) an extension of the Parties' deadlines for disclosing experts and expert reports regarding class certification issues.

In support of the foregoing requests for relief, the Parties state as follows:

1. Former named plaintiff Jacinda Dorian filed the original complaint in this case on March 7, 2022. *See* Dkt. 1.

2. AWS filed a motion to dismiss the original complaint on May 16, 2022. *See* Dkt. 21.

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. On September 20, 2022, the Court allowed Ms. Dorian to file a First Amended Complaint ("FAC") substituting Plaintiffs as the named plaintiffs. *See* Dkt. 43.

4. AWS moved to dismiss the FAC on October 19, 2022. *See* Dkt. 45.

5. On July 21, 2023, the Court granted the Parties' stipulated motion to allow Plaintiffs to file a Second Amended Complaint ("SAC"). *See* Dkt. 81.

6. On July 24, 2023, Plaintiffs filed a motion to compel responses to certain discovery requests. *See* Dkt. 83.

7. Plaintiffs filed their SAC on July 26, 2023. *See* Dkt. 88. That same day, the Court denied AWS's motion to dismiss. *See* Dkt. 89.

8. On August 1, 2023 the Court granted the Parties' stipulated motion to modify the briefing schedule for Plaintiffs' pending motion to compel discovery. *See* Dkt. 91.

9. Currently, AWS's opposition to Plaintiffs' pending motion to compel discovery is due on August 21, 2023. Plaintiffs' reply in support of their pending motion to compel discovery is due on September 5, 2023. *See* Dkt. 91.

10. Further, Plaintiffs' deadline to disclose their experts and expert reports regarding class certification issues is August 21, 2023. AWS's deadline to disclose its experts and expert reports regarding class certification issues is September 25, 2023. *See* Dkt. 67.

11. The Parties have conferred and Plaintiffs agree to AWS's request for a brief 10-day extension to investigate and respond to Plaintiffs' pending motion to compel discovery.

12. In addition, the Parties have conferred and agree that it would serve the interests of efficiency to extend the Parties' expert disclosure deadlines regarding class certification, as well as the other scheduling order deadlines that follow, *see* Dkt. 67, to ensure the Parties have the benefit of the Court's ruling on Plaintiffs' recently-filed motion to compel discovery before they prepare and disclose their expert reports, complete expert discovery on class certification issues, and brief class certification.

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

13. Good cause exists for these extensions based on the complexity of this matter, the current procedural posture, and pre-planned absences of the parties and their counsel.

14. In light of the foregoing, the Parties jointly request that the Court modify the briefing schedule for Plaintiffs' pending motion to compel discovery as follows:

    a. AWS's opposition brief shall be filed on or before August 31, 2023.

    b. Plaintiffs' reply brief shall be filed on or before September 15, 2023.

15. The Parties also jointly request that the Court modify the Parties' deadlines for disclosing expert reports regarding class certification issues as follows:

    a. Plaintiffs' experts and expert reports regarding class certification issues shall be disclosed no later than 30 days after the Court's ruling on Plaintiffs' pending motion to compel discovery (if the Court denies the motion) or 30 days after the new fact discovery deadline (if the Court grants the motion and sets a new fact discovery deadline).

    b. AWS's experts and expert reports regarding class certification issues shall be disclosed no later than 45 days after the disclosure of Plaintiffs' experts and expert reports.

16. Following the Court's ruling on Plaintiffs' pending motion to compel discovery, the Parties will confer regarding an appropriate schedule for the completion of expert discovery regarding class certification issues and the briefing schedule on Plaintiffs' forthcoming motion for class certification and will propose a schedule for the Court's consideration.

WHEREFORE, the Parties respectfully request that the Court enter an order extending and modifying the existing case deadlines in accordance with this Stipulated Motion.

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: August 17, 2023

By: /s/ Ryan Spear
    Ryan Spear, WSBA No. 39974
    RSpear@perkinscoie.com
    Nicola Menaldo, WSBA No. 44459
    NMenaldo@perkinscoie.com
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone 206.359.8000
    Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: /s/ Schuyler Ufkes

    J. Eli Wade-Scott (admitted *pro hac vice*)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted *pro hac vice*)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

Attorneys for Plaintiffs
AVELARDO RIVERA AND
YASMINE ROMERO

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

IT IS SO ORDERED.

DATED this 18th day of August, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Ryan Spear
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: /s/ Schuyler Ufkes

J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
AVELARDO RIVERA AND
YASMINE ROMERO

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000