UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL** |

This matter comes before the Court on Amazon Web Services, Inc.'s Motion to File Under Seal Protected Material in Support of Amazon Web Services, Inc.'s Opposition to Plaintiffs' Motion to Compel. Dkt. # 99. As the motion to file under seal appears meritorious, and Plaintiffs do not oppose it, Dkt. # 111, the Court GRANTS it.

DATED this 13th day of September, 2023.

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
Case No. 2:22-cv-00269-JHC             - 1 -