UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACINDA DORIAN,<br><br>      Plaintiff,<br><br> v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>      Defendant. | CASE NO. C22-0269JHC<br><br>SCHEDULING ORDER REGARDING CLASS CERTIFICATION |

Per the Court's order of September 27, 2023 (Dkt. # 116), the Court enters the following schedule:

| EVENT | DEADLINE |
|---|---|
| Completion of Fact Discovery (Merits Issues and Class Certification Issues) | October 30, 2023 |
| Disclosure of Plaintiff's Expert(s) and Expert Report(s) regarding Class Certification | November 27, 2023 |
| Disclosure of Defendant's Expert(s) and Expert Report(s) regarding Class Certification | January 2, 2024 |
| Completion of Expert Discovery regarding Class Certification | February 19, 2024 |

SCHEDULING ORDER REGARDING CLASS CERTIFICATION - 1

| Plaintiff's Deadline to Move for Class Certification | March 18, 2024 |
|---|---|
| Defendant's Deadline to Respond to Motion for Class Certification | April 18, 2024 |
| Plaintiff's Deadline to Reply in support of Class Certification | May 9, 2024 |

Dated this 4th day of October, 2023.

*John H. Chun*

John H. Chun
United States District Judge

SCHEDULING ORDER REGARDING CLASS CERTIFICATION - 2