UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                    Defendant. | No. 2:22-CV-00269-JHC<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' motion to seal certain deposition testimony. Dkt. # 113. The Court has reviewed the materials filed by the parties in connection with the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court GRANTS the motion. Unredacted copies of the following documents shall be maintained under seal:

| Document | Plaintiffs' Redacted Filing | Redactions Filed with This Response |
|---|---|---|
| Excerpts of the deposition transcript of Dr. Joseph Tighe | Ufkes Decl., Ex. A (Dkt. 115-1) | Menaldo Decl., Ex. A |
| Excerpts of the deposition transcript of Sean Simmons | Ufkes Decl., Ex. B (Dkt. 115-2) | Menaldo Decl., Ex. B |
| Portions of Plaintiffs' Reply quoting the above documents | Dkt. 114 | Menaldo Decl., Ex. C |

/

ORDER
(No. 2:22-cv-00269-JHC) – 1

Dated this 16th day of October, 2023

_____
John H. Chun
U.S. District Judge