THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | No. 2:22-CV-00269-JHC<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY RELATED DEADLINES AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 30, 2023** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendant Amazon Web Services, Inc. ("AWS") and Plaintiffs Avelardo Rivera and Yasmine Romero, respectfully move the Court in the above-captioned matter for a short extension of the following discovery-related deadlines:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Completion of Fact Discovery (Merits Issues and Class Certification Issues) | October 30, 2023 | October 30, 2023 |
| Deadline to hold final 30(b)(6) deposition | | December 4, 2023 |
| Deadline to move to compel source code | | December 11, 2023 |
| Disclosure of Plaintiffs' Expert(s) and Expert Report(s) regarding Class Certification | November 27, 2023 | No deadline *(plaintiffs do not plan to disclose experts regarding class certification)* |

STIPULATED MOTION (NO. 2:22-CV-00269-JCC) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| Disclosure of Defendant's Expert(s) and Expert Report(s) regarding Class Certification | January 2, 2024 | January 31, 2024 |
| Deadline for Plaintiffs' class certification rebuttal expert disclosures | | March 1, 2024 |
| Completion of Expert Discovery regarding Class Certification | February 19, 2024 | April 1, 2024 |
| Deadline to file Daubert motions | | May 1, 2024 |
| Plaintiffs' Deadline to Move for Class Certification | March 18, 2024 | May 1, 2024 |
| Defendant's Deadline to Respond to Motion for Class Certification | April 18, 2024 | June 12, 2024 |
| Plaintiffs' Deadline to Reply in support of Class Certification[1] | May 9, 2024 | July 10, 2024 |

In support of the foregoing requests for relief, the Parties state as follows:

1. On July 24, 2023, Plaintiffs filed a Motion to Compel Responses to Certain Discovery Requests. *See* Dkt. 83. AWS filed its Response to the Motion to Compel on September 8, 2023, and Plaintiffs filed their Reply on September 16, 2023.

2. The Court entered an Order granting in part and denying in part Plaintiffs' Motion to Compel and extended the deadline for completion of fact discovery until October 30, 2023. *See* Dkt. 116.

3. In relevant part, the Order required AWS to produce certain discovery, *id.* at 5, and to provide for deposition a Rule 30(b)(6) witness regarding IndexFaces or, alternatively, to re-designate prior deposition testimony regarding IndexFaces as corporate testimony, *id.* at 3-4. Finally, the Court held that AWS was not required to produce source code at that time because the reopening or re-designation of Rule 30(b)(6) deposition would likely cover this issue. *Id.* at 4.

---

[1] Following the Court's ruling on Plaintiffs' motion for class certification, the Parties will confer and will propose a schedule for the Court's consideration which will include a schedule for merits-based expert discovery.

STIPULATED MOTION (NO. 2:22-CV-00269-JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4.  On October 4, 2023, the Court entered a Scheduling Order Regarding Class Certification which set the following deadlines:

- Completion of Fact Discovery (Merits Issues and Class Certification Issues): October 30, 2023
- Disclosure of Plaintiff's Expert(s) and Expert Report(s) regarding Class Certification: November 27, 2023
- Disclosure of Defendant's Expert(s) and Expert Report(s) regarding Class Certification: January 2, 2024
- Completion of Expert Discovery regarding Class Certification: February 19, 2024
- Plaintiff's Deadline to Move for Class Certification: March 18, 2024
- Defendant's Deadline to Respond to Motion for Class Certification: April 18, 2024
- Plaintiff's Deadline to Reply in support of Class Certification: May 9, 2024

5.  Since the Court's Order on the Motion to Compel, the Parties have worked diligently to complete custodial discovery and to provide additional testimony regarding IndexFaces, both through redesignation of prior testimony as well as agreeing upon topics for an additional 30(b)(6) deposition. Consistent with the Court's order, AWS is on track to produce custodial documents by the close of fact discovery on October 30, 2023. AWS has also agreed to another three-hour 30(b)(6) deposition covering various topics relating to IndexFaces.

6.  Due to scheduling issues, the Parties agree that they require additional time to prepare for, schedule, and complete the 30(b)(6) deposition—which is currently scheduled for December 4, 2023—after which time Plaintiffs may move to compel the production of AWS's source code. The Parties also agree that, given the complexity of this case, the possibility of a further motion to compel, as well as the approaching holidays and pre-planned absences of parties and counsel, that an extension is appropriate regarding the deadlines for expert disclosures and class certification briefing. As such, good cause exists for these extensions.

STIPULATED MOTION (NO. 2:22-CV-00269-JCC) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

WHEREFORE, the Parties respectfully request that the Court enter an order extending existing case deadlines in accordance with this Stipulated Motion.

I certify that this motion contains 690 words, in compliance with the Local Civil Rules.

Dated: October 30, 2023

By: *s/ Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: *s/ Schuyler Ufkes*
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

STIPULATED MOTION (NO. 2:22-CV-00269-JCC) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:22-CV-00269-JHC<br><br>**ORDER TO EXTEND DISCOVERY RELATED DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 27, 2023** |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of October, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JCC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: *s/ Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: *s/ Schuyler Ufkes*
J. Eli Wade-Scott
ewadescott@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

164283871.3

STIPULATED MOTION AND
[PROPOSED] ORDER
(No. 2:22-cv-00269-JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000