**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 2:22-cv-00269-JHC <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

    Having considered Plaintiffs Avelardo Rivera's and Yasmine Romero's Motion to Seal, filed on December 11, 2023 (the "Motion to Seal"), Dkt. # 125, which is unopposed, and all papers filed in support of the Motion, the Court hereby ORDERS that Plaintiffs' Motion to Seal is GRANTED. The Clerk shall maintain the redactions present in Plaintiffs' Motion to Set Additional Discovery-Related Deadlines (Dkt. # 129) and seal the unredacted versions of Plaintiffs' Motion to Set Additional Discovery-Related Deadlines (Dkt. # 126) and Exhibits 1

and 2 (Dkt. ## 127, 128) attached to the Declaration of Schuyler Ufkes in Support of Plaintiffs' Motion to Set Additional Discovery-Related Deadlines.

DATED this 29th day of December, 2023.

*John H. Chun*
John H. Chun
United States District Judge