# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>   v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>             Defendant. | No. 2:22-CV-00269-JHC<br><br>**ORDER** |

Having reviewed Amazon Web Services, Inc.'s motion for clarification (Dkt. # 131), the Court GRANTS the motion, which is unopposed. The Court clarifies that Section C of its September 27, 2023, Order (Dkt. # 116) (the "Order") does not preclude AWS from arguing that class certification is inappropriate because of variations in the ways AWS customers deployed Rekognition, including differences in customers' notice-and-consent mechanisms.

DATED: December 29, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
(NO. 2:22-CV-00269-JHC) – 1