UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SET ADDITIONAL DISCOVERY-RELATED DEADLINES** |

Having considered Plaintiffs Avelardo Rivera's and Yasmine Romero's Motion to Set Additional Discovery-Related Deadlines (the "Motion"), Dkt. # 126, which is unopposed, and all papers filed in support and in opposition of the Motion, the Court hereby ORDERS:

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs shall file any motion to compel Defendant to produce XWiki documents and/or Landmark Testing documents by January 25, 2024.

3. Plaintiffs shall file any motion to compel Defendant to produce documents AWS designated as privileged in its November 29, 2023, Privilege Log 001 by February 9, 2024.

1     DATED this 29th day of December, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO SET
ADDITIONAL DISCOVERY-RELATED DEADLINES   - 2 -
Case No. 2:22-cv-00269-JHC