UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jacinda Dorian, Avelardo Rivera, Yasmine Romero,<br><br>Plaintiffs,<br><br>v.<br><br>Amazon Web Services, Inc,<br><br>Defendant. | CASE NO. 22-cv-00269<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion for Reconsideration. Dkt. # 138. Plaintiffs correctly note that the Court erroneously issued its order at Dkt. # 136 before the parties submitted complete briefing per the order at Dkt. # 134. Accordingly, the Court VACATES its order at Dkt. # 136. The Court DIRECTS the Clerk to renote Defendant's Motion

ORDER - 1

for Clarification, Dkt. # 131, for January 26, 2024.  *See* Dkt. 134.  The Court STRIKES Plaintiffs' motion for reconsideration as moot.

Dated this 11th day of January, 2024.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER - 2