THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | No. 2:22-CV-00269-JHC<br><br>STIPULATED MOTION AND ORDER TO MODIFY DEADLINES<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 7, 2024 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), defendant Amazon Web Services, Inc. ("AWS") and plaintiffs Avelardo Rivera and Yasmine Romero (collectively, the "Parties"), jointly move the Court to modify the briefing schedule with respect to Plaintiffs' Second Motion to Compel (the "Motion") and to extend Plaintiffs' deadline to move to compel documents withheld as privileged. The Parties state as follows:

1. On January 25, 2024, Plaintiffs filed their Second Motion to Compel production of certain documents from AWS. Plaintiffs originally noted the Motion for February 9, 2024. In connection with the Motion, Plaintiffs also filed a Motion to Seal documents and deposition testimony designated as confidential, which is noted for February 23, 2024. Dkt. 148.

2. Pursuant to LCR 7.1(d), AWS's response to the Motion was originally due February 5, and plaintiffs' reply was due February 9.

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 1

3.      On Friday, February 2, the Parties discussed the possibility of AWS making a limited production to Plaintiffs in exchange for plaintiffs considering withdrawing their Motion. AWS believes that a limited production may provide Plaintiffs the information they seek while also avoiding the need for the Court's intervention and the time and expense required to conduct an ESI review if ordered by the Court. These negotiations are ongoing.

4.      In order to continue negotiations, and also comply with the current briefing schedule, the Parties agreed that: (1) plaintiffs would re-note their Motion for February 23, and (2) the Parties would file this stipulated motion, requesting that the Court modify the briefing schedule as described below.

5.      Additionally, pursuant to the Court's Order on Plaintiffs' First Motion to Compel (Dkt. 116), AWS completed several document productions and delivered a privilege log to Plaintiffs on November 29, 2023. In response, Plaintiffs challenged over 100 of the 329 documents withheld as privileged. The Parties have also been in discussions regarding other questions Plaintiffs have asked regarding the privilege log, and are working diligently to resolve these issues amicably and without the Court's intervention. However, Plaintiffs' deadline to file a motion to compel documents withheld as privileged is currently February 9. Dkt. 137. Given the Parties' ongoing efforts to resolve these issues without Court intervention, the Parties request a short extension to continue negotiations.

6.      As such, the Parties request that the Court modify the following deadlines as follows:

| Item | Current Deadline | Amended Deadline |
| --- | --- | --- |
| AWS's deadline to respond to plaintiffs' Motion to Compel | February 19, 2024 | February 12, 2024 |
| AWS's deadline to respond to plaintiffs' Motion to Seal | February 19, 2024 | February 12, 2024 |

| Plaintiffs' deadline to reply in support of plaintiffs' Motion to Compel | February 23, 2024 | February 23, 2024 (no change) |
|---|---|---|
| Plaintiffs' deadline to move to compel documents withheld as privileged | February 9, 2024 | March 11, 2024 |

7. As such, good cause exists for the requested modified schedule.

WHEREFORE, the Parties respectfully request that the Court enter an order modifying the current schedule in accordance with this Stipulated Motion.

Dated: February 7, 2024

By: /s/ *Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: /s/ *Schuyler Ufkes*
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 3

**LCR 7(e) Certification**

LCR 7(e) Certification I certify that this memorandum contains 485 words, in compliance with the Local Civil Rules.

/s/ *Ryan Spear*

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 4

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of February, 2024.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE