1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVELARDO RIVERA and
YASMINE ROMERO, individually,
and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON WEB SERVICES, INC.,

Defendant.

No. 2:22-CV-00269-JHC

STIPULATED MOTION AND ORDER
TO MODIFY DEADLINE

16    Defendant Amazon Web Services, Inc. ("AWS") and Plaintiffs Avelardo Rivera and

17  Yasmine Romero (collectively, the "Parties") stipulate and jointly move to extend the Parties'

18  deadline to submit a joint status report proposing case deadlines through class certification.

19  In support of that motion, the Parties state as follows:

20    1.    On December 19, 2023, the Court granted the Parties' stipulated motion to extend

21  certain deadlines and ordered the Parties to submit a "joint status report and proposed deadlines

22  through class certification" within 30 days after the Court's ruling on AWS's then-pending

23  Motion for Clarification. Dkt. # 134 at 3.

24    2.    The Court granted AWS's Motion for Clarification on January 31, 2024.

25  *See* Dkt. # 152 at 1-2.  In its order granting AWS's Motion for Clarification, the Court extended

26  the fact discovery period by an additional 90 days, or until April 30, 2024. *See id*. at 2.

1    3.    Because the Court resolved AWS's Motion for Clarification on January 31, 2024,

2 the Parties' deadline to submit a joint status report and proposed deadlines through class

3 certification is March 1, 2024. *See* Dkt. # 134 at 3.

4    4.    The Parties agree that discovery conducted between now and the April 30, 2024

5 extended fact discovery deadline may significantly impact the case schedule. As a result, if the

6 Parties propose a case schedule now, then it is very likely that one or both Parties would later

7 seek to revise the case schedule.

8    5.    Accordingly, for the sake of efficiency, the Parties respectfully request that the

9 Court extend the Parties' deadline to submit a joint status report and proposed deadlines through

10 class certification from March 1, 2024 to April 23, 2024, which is one week before the extended

11 fact discovery deadline of April 30, 2024.

12    6.    As such, good cause exists for the requested extension.

13    WHEREFORE, the Parties respectfully request that the Court extend the Parties'

14 deadline to submit a joint status report and proposed deadlines through class certification from

15 March 1, 2024 to April 23, 2024.

16

17 Dated: March 1, 2024

18
19                                  By: /s/ Ryan Spear
                                        Ryan Spear, WSBA No. 39974
20                                      RSpear@perkinscoie.com
                                        Nicola Menaldo, WSBA No. 44459
21                                      NMenaldo@perkinscoie.com
                                        **Perkins Coie LLP**
22                                      1201 Third Avenue, Suite 4900
                                        Seattle, Washington 98101-3099
23                                      Telephone 206.359.8000
                                        Facsimile 206.359.9000
24
                                        Attorneys for Defendant
25                                      AMAZON WEB SERVICES, INC.

26

STIPULATED MOTION AND ORDER TO MODIFY
DEADLINE
No. 2:22-cv-00269-JHC – 2

By: /s/ Schuyler Ufkes
    J. Eli Wade-Scott (admitted *pro hac vice*)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted *pro hac vice*)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero


### LCR 7(e) Certification

I certify that this memorandum contains 325 words, in compliance with the Local Civil Rules.

/s/ Ryan Spear

1

**ORDER**

2

3   IT IS SO ORDERED.

4   DATED this 1st day of March, 2024.

5   _John H. Chun_

6   JOHN H. CHUN
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26