UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                Defendant. | No. 2:22-CV-00269-JHC<br><br>STIPULATED MOTION AND ORDER TO MODIFY DEADLINE |

Defendant Amazon Web Services, Inc. ("AWS") and Plaintiffs Avelardo Rivera and Yasmine Romero (collectively, the "Parties"), jointly move to extend by 15 days Plaintiffs' deadline to move to compel documents withheld as privileged. (*See* Dkt. 155.) The Parties state as follows:

1. On February 8, 2024, the Court entered a Stipulated Order which required the Plaintiffs to move to compel documents withheld as privileged by March 11, 2024.

2. The Parties have engaged in meaningful meet and confers to reduce the scope of withheld documents for which Plaintiffs intend to challenge the privilege designation.

3. The Parties engaged in a meet and confer on January 18, 2024, which led to the March 1, 2024 production of an amended privilege log that included updated document

descriptions. It also led to AWS making a supplemental production of documents on March 6, 2024.

    4.    The Parties still have a limited number of issues to resolve. The Parties believe that continued discussions are likely to narrow (or potentially resolve) those remaining areas of dispute.

    5.    As such, good cause exists for the requested 15-day extension.

    6.    The Parties jointly request that the Court reset the Plaintiffs' deadline to move to compel documents withheld as privileged to March 26, 2024.

WHEREFORE, the Parties respectfully request that the Court reset the Plaintiffs' deadline to move to compel documents withheld as privileged from March 11, 2024 to March 26, 2024.

Dated: March 8, 2024

By: */s/Nicola Menaldo*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: */s/Randall K. Pulliam*
Randall K. Pulliam (admitted *pro hac vice*)
rpulliam@cbplaw.com
Sam Jackson (admitted *pro hac vice*)
sjackson@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
1 Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: 501-312-8500
Fax: 501-312-8505

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

**LCR 7(e) Certification**

LCR 7(e) Certification I certify that this memorandum contains 233 words, in compliance with the Local Civil Rules.

/s/ <i>Randall K. Pulliam</i>

**ORDER**

IT IS SO ORDERED.  The Motion at Dkt. # 163 is GRANTED.

DATED this 8th day of March, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE