THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE UNER SEAL EXHIBIT IN SUPPORT OF MOTION FOR LEAVE TO SERVE FOUR ADDITIONAL INTERROGATORIES ON DEFENDANT** |

　　　　Before the Court is Plaintiffs' Unopposed Motion to File Under Seal Exhibits In Support of Plaintiffs' Motion for Leave to Serve Four Additional Interrogatories on Defendant. Dkt. # 167. Having reviewed the pleadings and the file in this matter, the Court is fully informed.

　　　　**IT IS HEREBY ORDERED**:

　　　　The Parties' Motion to Seal is **GRANTED**. The Clerk shall seal Exhibit 3 to the Declaration of Max S. Roberts In Support of Plaintiffs' Motion for Leave. Dkt. # 168.

　　　　**IT IS SO ORDERED**.

1
2  DATED this 12th day of March, 2024.
3
4  _____
5  JOHN H. CHUN
   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 2 -
CASE NO. 2:22-CV-00269-JHC