UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | No. 2:22-CV-00269-JHC<br><br>STIPULATED MOTION AND ORDER TO MODIFY DEADLINE<br><br>NOTE ON MOTION CALENDAR: MARCH 21, 2024 |

    Defendant Amazon Web Services, Inc. ("Defendant") and Plaintiffs Avelardo Rivera and Yasmine Romero (collectively, the "Parties"), jointly move to extend by 15 days Plaintiffs' deadline to move to compel documents withheld as privileged. (*See* Dkt. 164.) The Parties state as follows:

    1.    On March 8, 2024, the Court entered a Stipulated Order which required Plaintiffs to move to compel documents withheld by Defendant as privileged by March 26, 2024.

    2.    The Parties have engaged in continued communications regarding Defendant's privilege designations.

    3.    Plaintiffs are still waiting for information and responses from Defendant on a small number of issues which may resolve issues Plaintiffs identified with Defendant's privilege designations.

4. The Parties believe that continued discussions are likely to narrow (or potentially resolve) those remaining areas of dispute.

5. As such, good cause exists for the requested 15-day extension.

6. The Parties jointly request that the Court reset the Plaintiffs' deadline to move to compel documents withheld as privileged to April 10, 2024.

WHEREFORE, the Parties respectfully request that the Court reset Plaintiffs' deadline to move to compel documents withheld by Defendant as privileged from March 26, 2024 to April 10, 2024.

Dated: March 21, 2024

By: /s/Nicola Menaldo
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: /s/Wright A. Noel
Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of March, 2024.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE