**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER**<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>March 28, 2023 |

Having considered Plaintiffs Avelardo Rivera's and Yasmine Romero's Unopposed Motion for Extension of Time to File Reply Brief (Dkt. # 183), filed on March 28, 2024 (the "Unopposed Motion for Extension of Time"), the Court hereby ORDERS that Plaintiffs' Unopposed Motion for Extension of Time is GRANTED.  Plaintiffs' deadline to file their reply in support of their Motion for Leave to Serve Four Additional Interrogatories (Dkt. # 165) is extended by five days, from March 29, 2024 to April 3, 2024.

The Court DIRECTS the Clerk to re-note the Motion for Leave to Serve Four Additional Interrogatories (Dkt. # 165) for April 5, 2024.

DATED this 29th day of March, 2024.

John H. Chun
United States District Judge