UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SERVE FOUR ADDITIONAL INTERROGATORIES ON DEFENDANT** |

Before the Court is Plaintiffs Avelardo Rivera's and Yasmine Romero's Motion to Serve Four Additional Interrogatories on Defendant. Dkt. # 165. The Court has considered the materials filed in support of, and in opposition to, the motion; the rest of the case file (including the orders at Dkt. ## 116 & 152); and the applicable law. Being fully advised, the Court GRANTS the motion. Plaintiffs are granted leave to serve the interrogatories at issue within five (5) days of this order.

DATED this 5th day of April, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE                - 1 -
CASE NO. 2:22-CV-00269-JHC