THE HONORABLE JOHN H. CHUN

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
7 **AT SEATTLE**

8

9 AVELARDO RIVERA and YASMINE
ROMERO, individually and on behalf of all
10 others similarly situated,

11 *Plaintiffs*,

12 v.

13
AMAZON WEB SERVICES, INC., a
14 Delaware corporation,

15 *Defendant*.

16

Case No. 2:22-cv-00269-JHC

**STIPULATED MOTION AND ORDER
FOR EXTENSION OF FACT DISCOVERY
DEADLINE**

**NOTE ON MOTION CALENDAR:**
**April 26, 2024**

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER FOR EXTENSION
OF FACT DISCOVERY DEADLINES
Case No. 2:22-cv-00269-JHC - 1 -

1    Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon

2  Web Services ("AWS" or "Defendant") (collectively, "the Parties"), by their counsel, stipulate

3  and jointly move to (1) extend the deadline for fact discovery as to the Parties by 45 days to June

4  14, 2024, and (2) extend the deadline for fact discovery as to third parties by 90 days, to July 29,

5  2024. In support of this stipulated motion, the Parties state as follows:

6    1.    On January 31, 2024, the Court ordered AWS to produce a list of Rekognition

7  customers, and reopened fact discovery for ninety days, to April 30, 2024. (Dkt. 152.) AWS

8  produced a list of more than 90,000 customer accounts on February 21. On March 12, Plaintiffs

9  moved for leave to serve four additional interrogatories regarding the list, requesting that

10  Amazon (1) identify all customers who made over 50,000 API calls using IndexFaces and/or

11  CompareFaces, (2) provide addresses for those customers, and (3) name any customers which it

12  plans to identify in its opposition to class certification. (Dkt. 165.) On March 26, AWS

13  supplemented the list that it produced on February 21.

14    2.    The Court granted Plaintiffs' motion for leave to serve four additional

15  interrogatories on April 5. (Dkt. 192.) Plaintiffs served the interrogatories the same day, making

16  AWS's deadline to respond May 6. On April 11, AWS served one interrogatory on Plaintiffs.

17  Plaintiffs' deadline to respond to that interrogatory is May 13. Both Parties' response deadlines

18  fall after the current April 30 close of fact discovery.

19    3.    On April 22 and April 23, counsel for the Parties conferred via teleconference,

20  and on April 25, reached an agreement over email regarding an extension of time to complete

21  fact discovery.

22    4.    The Parties hereby stipulate and agree, subject to Court approval, to (1) a 45-day

23  extension of the fact discovery deadline as to the Parties (to June 14), and (2) a 90-day extension

24  of the fact discovery deadline as to third parties (to July 29).

25    5.    Under Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified

26  only for good cause and with the judge's consent." Good cause exists here. First, the current fact

27  discovery deadline (April 30) conflicts with the Rule 33 deadlines for the Parties to respond to

1  the respective outstanding interrogatories. That reason alone establishes good cause for an

2  extension.

3      6.      Second, there is good cause to further extend the fact discovery deadline beyond

4  the interrogatory deadlines—for a total of 45 days for discovery from the Parties and 90 days for

5  discovery from third parties. Plaintiffs will use this additional time to (1) follow up on AWS's

6  responses to its interrogatories, and then (2) investigate a subset of AWS's customers identified

7  in AWS's responses to Plaintiffs' outstanding interrogatories, which ask AWS to identify high-

8  volume customers of AWS's Rekognition technology and provide their addresses. (*See* Dkts. 165

9  at 2, 187 at 4-6). After receiving AWS's responses, Plaintiffs intend to subpoena a subset of the

10  customers, who may move to quash, move for protective orders, or fail to respond at all,

11  requiring motion practice.

12      7.      Third, the Parties' requested extension is made in a timely manner—prior to the

13  April 30 deadline—which weighs in favor of modifying the deadlines. *See Ahanchian v. Xenon*

14  *Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("requests for extensions of time made before

15  the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on

16  the part of the party seeking relief or prejudice to the adverse party.'") (quoting 4B Charles Alan

17  Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

18      8.      Accordingly, the Parties request that the scheduling order be modified as follows:

19

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Fact Discovery as to the Parties | April 30, 2024 | June 14, 2024 |
| Close of Fact Discovery as to Third Parties | April 30, 2024 | July 29, 2024 |

23      WHEREFORE, the Parties respectfully request that the Court extend the fact discovery

24  deadline as described above and include these fact discovery deadlines in the Court's next

25  scheduling order. (*See* Dkt. 196 (the Parties submitting a joint status report which proposes

26  future case deadlines through class certification).)

27

1

2

3

4

5    Dated: April 26, 2024

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully Submitted,

**AVELARDO RIVERA** and **YASMINE
ROMERO**, individually and on behalf of all others
similarly situated,

By:  /s/ Wright A. Noel
       One of Plaintiffs' Attorneys

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

J. Eli Wade-Scott*
ewadescott@edelson.com
Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta*
pfraietta@bursor.com
Alec M. Leslie*
aleslie@bursor.com
Max S. Roberts*
mroberts@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Randall K. Pulliam*
rpulliam@cbplaw.com
Samuel R. Jackson*
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street

STIPULATED MOTION AND ORDER FOR EXTENSION
OF FACT DISCOVERY DEADLINES
Case No. 2:22-cv-00269-JHC - 4

1

2

Little Rock, Arkansas 72201
Tel: 501.312.8500
Fax: 501.312.8505

3

*Admitted *pro hac vice*

4

*Attorneys for Plaintiffs and the Putative Class*

5

6

**AMAZON WEB SERVICES, INC**,

7

Dated: April 26, 2024

By:  /s/ *Ryan Spear (with authorization)*
  One of Defendant's Attorneys

8

9

Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

10

11

12

13

14

15

*Attorneys for Defendant*
*Amazon Web Services Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**LCR 7(e) Certification**

I certify that this memorandum contains 697 words, in compliance with the Local Civil Rules.

/s/ Wright A. Noel

1

**ORDER**

2

IT IS SO ORDERED.

3

DATED this 26th day of April, 2024.

4

5

6

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER FOR EXTENSION
OF FACT DISCOVERY DEADLINES
Case No. 2:22-cv-00269-JHC - 1