1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8   AVELARDO RIVERA and YASMINE
    ROMERO, individually, and on behalf of all
9   others similarly situated,                        No. 2:22-CV-00269-JHC

10                                                     STIPULATED MOTION AND
                           Plaintiffs,                 ORDER FOR EXTENSION OF FACT
11         v.                                          DISCOVERY DEADLINES

12  AMAZON WEB SERVICES, INC.,
    a Delaware corporation,                            NOTE ON MOTION CALENDAR:
13                                                     MAY 15, 2024

14                         Defendant.

15

16         Pursuant to Local Civil Rules 7(d)(1) and 10(g), defendant Amazon Web Services, Inc.

17  ("AWS") and plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") (collectively, the

18  "Parties") jointly move the Court for a two-day extension of the current fact discovery periods.

19  In support of this stipulated motion, the Parties state as follows:

20         1.      On March 12, 2024, Plaintiffs moved for leave to serve four additional

21  interrogatories on AWS. *See* Dkt. 165. The Court granted that motion on April 5. *See* Dkt. 192.

22         2.      Plaintiffs served their four additional interrogatories on AWS on April 5,

23  making May 6 the deadline for AWS to provide answers and objections to Plaintiffs' four

24  additional interrogatories.

25         3.      On April 11, AWS served one additional interrogatory on Plaintiffs, making

26  May 13 the deadline for Plaintiffs to provide answers and objections to AWS's interrogatory.

STIPULATED MOTION AND
ORDER
(No. 2:22-cv-00269-JHC) – 1

1    4.    After meeting and conferring, the Parties agreed that, "[i]f either party doesn't

2  provide substantive answers by their [respective interrogatory response] deadline[s], the parties

3  agree that the receiving party will agree to extend the parties' fact discovery deadline by the

4  amount of time it takes the producing party to provide full substantive answers. For example, if

5  AWS produces full substantive answers two weeks after the [May 6] deadline, AWS would

6  agree to a stipulated motion that extends the parties' fact discovery deadline by two additional

7  weeks." Ex. A (Apr. 24, 2024 email from counsel for plaintiffs to counsel for AWS).

8    5.    On April 26, the Parties filed a Stipulated Motion and [Proposed] Order for

9  Extension of Fact Discovery Deadlines, which this Court granted. *See* Dkts. 197, 198. Under the

10  Court's order granting that Stipulated Motion, fact discovery among the Parties is scheduled to

11  close on June 14, while fact discovery as to third parties is scheduled to close on July 29.

12    6.    AWS provided answers and objections to Plaintiffs' four additional

13  interrogatories on May 6. AWS then produced further information responsive to certain of

14  Plaintiffs' four additional interrogatories on May 8. Accordingly, pursuant to their earlier

15  agreement, the Parties have agreed, subject to Court approval, to extend the current fact

16  discovery deadlines by an additional two days.

17    7.    Under Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified

18  only for good cause and with the judge's consent." Good cause exists here because the requested

19  extension is consistent with the Parties' agreement, is intended to facilitate the orderly and

20  efficient completion of fact discovery without unnecessary motion practice, and is timely.

21  *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (requests for

22  extensions of time made before the applicable deadline has passed should normally be granted in

23  the absence of bad faith or prejudice).

24    8.    The Parties therefore respectfully request that the current fact discovery deadlines

25  be modified as follows:

26

STIPULATED MOTION AND
ORDER
(No. 2:22-cv-00269-JHC) – 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery as to the Parties | June 14, 2024 | June 17, 2024 |
| Close of fact discovery as to third parties | July 29, 2024 | August 1, 2024 |

WHEREFORE, the Parties respectfully request that the Court enter an order modifying the current fact discovery deadlines in accordance with this Stipulated Motion.

Dated: May 15, 2024

By: *s/Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By:  *s/Schuyler Ufkes*
    J. Eli Wade-Scott (admitted *pro hac vice*)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted *pro hac vice*)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Attorneys for Plaintiffs Avelardo Rivera and
    Yasmine Romero

**ORDER**

IT IS SO ORDERED.  The Court GRANTS the motion at Dkt. # 200.

DATED this 16th day of May, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE