UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., a Delaware corporation, <br><br> Defendant. | No. 2:22-CV-00269-JHC <br><br> STIPULATED MOTION AND ORDER MODIFYING DEADLINES <br><br> NOTE ON MOTION CALENDAR: AUGUST 16, 2024 |

Pursuant to Local Civil Rule 7(d)(1), Local Civil Rule 10(g), and the Court's July 25, 2024 order modifying deadlines, *see* Dkt. 203, defendant Amazon Web Services, Inc. ("AWS") and Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") (collectively, the "Parties"), jointly move the Court for a modification of the current discovery and class certification deadlines. In support of this Joint Stipulated Motion, the Parties state as follows:

1. On July 25, 2024, the Parties filed a joint stipulated motion to modify the schedule in this case, which the Court granted. *See* Dkt. 203 (the "Order").

2. On August 8, 2024, consistent with the Court's Order, Plaintiffs served on AWS supplemental responses and objections to AWS's written discovery requests, informing AWS of the class Plaintiffs intend to seek certification of (the "August 8 Class Definition").

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 1

3. In light of Plaintiffs' disclosure of the August 8 Class Definition, and consistent with the Order, the Parties respectfully request that the current case schedule be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for AWS to conduct party and third-party fact discovery related to AWS's class certification defenses and the August 8 Class Definition | N/A | October 14, 2024 |
| Deadline for Plaintiffs to conduct third-party fact discovery related to AWS's class certification defenses and the August 8 Class Definition | N/A | October 14, 2024 |
| AWS's expert disclosures regarding class certification issues | Stayed | December 13, 2024 |
| Plaintiffs' rebuttal expert disclosures regarding class certification issues | Stayed | February 11, 2025 |
| Completion of expert discovery regarding class certification issues | Stayed | March 31, 2025 |
| Parties' deadline to file *Daubert* motions regarding class certification experts | Stayed | May 15, 2025 |
| Plaintiffs' deadline to file motion for class certification | Stayed | May 15, 2025 |

| | | |
|---|---|---|
| AWS's deadline to respond to motion for class certification | Stayed | June 26, 2025 |
| Plaintiffs' deadline to reply in support of class certification | Stayed | July 24, 2025 |
| Parties' deadline to file joint status report to propose post-class certification deadlines | Fourteen (14) days after Court's ruling on motion for class certification | Fourteen (14) days after Court's ruling on motion for class certification |

WHEREFORE, the Parties respectfully request that the Court enter an order modifying the current case deadlines in accordance with this Joint Stipulated Motion.

Dated: August 15, 2024

By: /s/ *Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
AMAZON WEB SERVICES, INC.

By: /s/ *Schuyler Ufkes*

J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor

STIPULATED MOTION AND ORDER
(No. 2:22-cv-00269-JHC) – 3

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
AVELARDO RIVERA AND
YASMINE ROMERO

**LCR 7(e) Certification**

LCR 7(e) Certification I certify that this memorandum contains 362 words, in compliance with the Local Civil Rules.

*/s/ Ryan Spear*

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of August, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE