**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>    *v.*<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>        *Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**STIPULATION AND ORDER SETTING BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO EXTEND THIRD-PARTY FACT DISCOVERY DEADLINE AND RELATED MOTION TO SEAL** |

1   Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services ("AWS" or "Defendant") (collectively, "the Parties"), by their counsel, jointly stipulate and agree to a revised briefing schedule for Plaintiff's Motion to Extend Third-Party Fact Discovery Deadline and a related Motion to Seal. In support of this stipulation, the Parties state as follows:

2.  1. On October 14, 2024, Plaintiffs filed a Motion to Extend the Third-Party Fact Discovery Deadline, seeking to extend the deadline for fact discovery from third parties by sixty days, to December 13, 2024. (*See* dkt. 207.) Plaintiffs simultaneously moved for leave to file documents and deposition testimony under seal in support of their motion, given that Defendant and non-party ProctorU, Inc. have designated these materials as confidential or highly confidential under the Protective Order. (*See* dkt. 209.)

3.  2. On October 16, one of Plaintiffs' attorneys, Schuyler Ufkes, was impaneled as a juror in the federal court for the Northern District of Illinois, in a trial scheduled to last for three weeks. Mr. Ufkes will be unavailable during working hours for the duration of his jury service.

4.  3. LCR 7(d)(2) provides that upon a motion for relief from a deadline, any opposition papers shall be filed no later than 9 days after the filing date of the motion, and any reply papers shall be filed and received by the opposing party no later than 14 days after the filing date of the motion. Mr. Ufkes' unanticipated obligations as a juror will make it difficult for Plaintiffs to adequately brief Plaintiffs' motion on the schedule provided by LCR 7(d)(2).

5.  4. Accordingly, the Parties hereby stipulate and agree, subject to Court approval, to alter the briefing schedule such that (1) Defendant's opposition papers to Plaintiffs' Motion to Extend Fact Discovery Deadline shall be filed no later than November 1, 2024, (2) Defendant's and non-party ProctorU, Inc.'s responses to the Motion to Seal also shall be filed no later than November 1, 2024, and (3) Plaintiffs' reply in support of the Motion to Extend Fact Discovery Deadline and related Motion to Seal shall be filed no later than November 8, 2024.

WHEREFORE, the Parties respectfully request that the Court approve the revised

1  briefing schedule as described above.

2

3               Respectfully Submitted,

4               **AVELARDO RIVERA** and **YASMINE ROMERO**, individually and on behalf of all others similarly situated,

5

6  Dated: October 18, 2024     By:  /s/ Schuyler Ufkes
                One of Plaintiffs' Attorneys

7

8               Wright A. Noel
              wright@carsonnoel.com

9               CARSON NOEL PLLC
              20 Sixth Avenue NE

10              Issaquah, WA 98027
             Tel: 425.837.4717

11              Fax: 425.837.5396

12

13              J. Eli Wade-Scott*
             ewadescott@edelson.com

14              Schuyler Ufkes*
             sufkes@edelson.com

15              EDELSON PC
             350 North LaSalle Street, 14th Floor

16              Chicago, Illinois 60654
             Tel: 312.589.6370

17              Fax: 312.589.6378

18

19              Philip L. Fraietta*
             pfraietta@bursor.com

20              Alec M. Leslie*
             aleslie@bursor.com

21              Max S. Roberts*
             mroberts@bursor.com

22              BURSOR & FISHER, P.A.
             1330 Avenue of the Americas, 32nd Floor

23              New York, New York 10019
             Tel: 646.837.7150

24              Fax: 212.989.9163

25              Randall K. Pulliam*
             rpulliam@cbplaw.com

26              Samuel R. Jackson*
             sjackson@cbplaw.com

27

|   |   |
|---|---|
| 1 | CARNEY BATES AND PULLIAM, PLLC |
| 2 | 519 West 7th Street |
|   | Little Rock, Arkansas 72201 |
| 3 | Tel: 501.312.8500 |
|   | Fax: 501.312.8505 |

\*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

**AMAZON WEB SERVICES, INC**,

Dated: October 18, 2024

By: /s/ Ryan Spear
One of Defendant's Attorneys

Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

*Attorneys for Defendant
Amazon Web Services Inc.*

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to re-note the motions at Dkt. ## 207, 208, and 209 for November 8, 2024.

DATED this 18th day of October, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE