UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>                 *Plaintiffs*,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                 *Defendant*. | Case No. 2:22-cv-00269-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**<br><br>**NOTE ON MOTION CALENDAR**: |

    Having considered Plaintiffs Avelardo Rivera's and Yasmine Romero's Motion to Seal, filed on October 14, 2024 (the "Motion to Seal"), Dkt. # 209, and all papers filed in support of and in response to the Motion, the Court hereby ORDERS that Plaintiffs' Motion to Seal is GRANTED. The Clerk shall maintain the redactions present in Plaintiffs' Motion to Extend Third-Party Fact Discovery Deadline and seal the unredacted versions of Plaintiffs' Motion to Extend Third-Party Fact Discovery Deadline and Exhibits 5, 8, 13, 15, 16, and 17 attached

1  thereto.

2      DATED this 8th day of November, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE
