**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 2:22-cv-00269-JHC <br><br> **ORDER** |

    Before the Court is Plaintiffs' Motion to Extend Third-Party Fact Discovery Deadline. Dkt. # 208. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendant, Dkt. # 217, the Court DENIES the motion.

    DATED this 13th day of November, 2024.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE