UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | No. 2:22-CV-00269-JHC<br><br>ORDER RE: AMAZON WEB SERVICES, INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PROTECTED MATERIAL IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THIRD-PARTY FACT DISCOVERY DEADLINE |

ORDER SEALING
(NO. 2:22-CV-00269-JHC) - 1

Having reviewed the Defendant's unopposed Motion to Seal, Dkt. # 216, for the reasons presented in the motion, the Court GRANTS it and ORDERS that the unredacted copies of the following documents be maintained under seal:

| Name of Document | Exhibit Name |
|---|---|
| Portions of AWS's Opposition referring to the Middleton transcript and documents designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order by ProctorU or AWS. | N/A |

Dated: November 19, 2024

By: John H. Chun
United States District Judge

ORDER SEALING
(No. 2:22-cv-00269-JHC) – 2