UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA, YASMINE ROMERO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON WEB SERVICES INC, a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 22-cv-00269-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court granted Plaintiffs' motion to seal at Dkt. # 209. Dkt. # 220. The Court DIRECTS Plaintiffs to file under seal, by December 6, 2024, an unredacted version of their motion at Dkt. # 208.

Dated this 26th day of November 2024.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1