UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>                Defendant. | Case No. 2:22-cv-00269-JHC<br><br>STIPULATED AND UNOPPOSED MOTION AND ORDER TO MODIFY DEADLINES |

STIPULATED MOTION AND ORDER TO
MODIFY DEADLINES
CASE NO. 2:22-CV-00269-JHC

Pursuant to Local Civil Rule 7(d)(1), Local Civil Rule 10(g), and the Court's August 16, 2024 order modifying deadlines, *see* Dkt. 206, Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") move the Court for a three (3) week extension of the current expert discovery and class certification deadlines. Defendant Amazon Web Services, Inc. ("AWS") does not oppose Plaintiffs' requested relief.

In support of this Stipulated Motion, Plaintiffs state as follows:

1. On August 16, 2024, Plaintiffs and AWS (the "Parties") filed a joint stipulated motion to modify the schedule in this case, which the Court granted. *See* Dkt. 206 (the "Order").

2. On December 13, 2024, consistent with the Court's Order, AWS served on Plaintiffs five expert reports regarding class certification issues, each of which outline different distinct issues raised in this litigation.

3. To facilitate Plaintiffs' ability to fully respond to AWS's expert reports, and due to deadlines of both Plaintiffs' counsel and Plaintiffs' experts, Plaintiffs respectfully request that the current case schedule be modified as follows, extending each deadline by three (3) weeks:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' rebuttal expert disclosures regarding class certification issues | February 11, 2025 | March 4, 2025 |
| Completion of expert discovery regarding class certification issues | March 31, 2025 | April 21, 2025 |
| Parties' deadline to file *Daubert* motions regarding class certification experts | May 15, 2025 | June 5, 2025 |

STIPULATED MOTION AND ORDER TO
MODIFY DEADLINES
CASE NO. 2:22-CV-00269-JHC

- 1 -

| | | |
|---|---|---|
| Plaintiffs' deadline to file motion for class certification | May 15, 2025 | June 5, 2025 |
| AWS's deadline to respond to motion for class certification | June 26, 2025 | July 17, 2025 |
| Plaintiffs' deadline to reply in support of class certification | July 24, 2025 | August 14, 2025 |
| Parties' deadline to file joint status report to propose post-class certification deadlines | Fourteen (14) days after Court's ruling on motion for class certification | Fourteen (14) days after Court's ruling on motion for class certification |

WHEREFORE, Plaintiffs respectfully request that the Court enter an order modifying the current case deadlines in accordance with this Stipulated Motion.

Respectfully submitted,

Dated: February 7, 2025

**AVELARDO RIVERA and YASMINE ROMERO**, individually and on behalf of all others similarly situated,

By: */s/ Wright A. Noel*
      One of Plaintiffs' Attorneys

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

J. Eli Wade-Scott*
ewadescott@edelson.com

STIPULATED MOTION AND ORDER TO MODIFY DEADLINES
CASE NO. 2:22-CV-00269-JHC

- 2 -

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip L. Fraietta*
pfraietta@bursor.com
Alec M. Leslie*
aleslie@bursor.com
Max S. Roberts*
mroberts@bursor.com
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Randall K. Pulliam*
rpulliam@cbplaw.com
Samuel R. Jackson*
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street
Little Rock, Arkansas 72201
Tel: 501.312.8500
Fax: 501.312.8505

*Admitted pro hac vice

*Attorneys for Plaintiffs and the Putative Class*

**ORDER**

**IT IS SO ORDERED.**

DATED this 10th day of February, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE