UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>        Defendant. | Case No. 2:22-cv-00269-JHC<br><br>STIPULATED MOTION AND ORDER TO MODIFY DEADLINES |

Pursuant to Local Civil Rule 7(d)(1), Local Civil Rule 10(g), and the Court's February 10, 2024 order modifying deadlines, *see* Dkt. 234, Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties"), stipulated and jointly move the Court to stay the current expert discovery and class certification deadlines while the parties work towards a potential resolution of this matter.

In support of this Stipulated Motion, Plaintiffs state as follows:

1. On February 7, 2024, Plaintiffs filed an unopposed motion to modify the schedule in this case, which the Court granted. *See* Dkt. 234 (the "Order").

2. Since then, the Parties have been engaged in meaningful discussions regarding a potential resolution of the case.

3. To facilitate the Parties' ongoing discussions and conserve the resources of both Parties in expensive expert discovery, the Parties respectfully request that the Court stay the current expert and class certification deadlines below, and set a deadline of March 31, 2025 (four weeks from today) for the Parties to file a Joint Status Report regarding the progress of their discussions about a potential resolution.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' rebuttal expert disclosures regarding class certification issues | March 4, 2025 | Stayed. |
| Completion of expert discovery regarding class certification issues | April 21, 2025 | Stayed. |
| Parties' deadline to file *Daubert* motions regarding class certification experts | June 5, 2025 | Stayed. |

| | | |
|---|---|---|
| Plaintiffs' deadline to file motion for class certification | June 5, 2025 | Stayed. |
| AWS's deadline to respond to motion for class certification | July 17, 2025 | Stayed. |
| Plaintiffs' deadline to reply in support of class certification | August 14, 2025 | Stayed. |
| Parties' deadline to file joint status report to propose post-class certification deadlines | Fourteen (14) days after Court's ruling on motion for class certification | Stayed. |
| Parties' deadline to file joint status report | None | March 31, 2025 |

WHEREFORE, the Parties respectfully request that the Court enter an order staying the current case deadlines in accordance with this Stipulated Motion, and setting a March 28, 2025 deadline for the Parties to file a joint status report.

Respectfully submitted,

Dated: March 3, 2025

**AVELARDO RIVERA and YASMINE ROMERO**, individually and on behalf of all others similarly situated,

By: */s/ Wright A. Noel*
    One of Plaintiffs' Attorneys

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC

STIPULATED MOTION AND [PROPOSED]
ORDER TO MODIFY DEADLINES                - 2 -
CASE NO. 2:22-CV-00269-JHC

```
                                    20 Sixth Avenue NE
                                    Issaquah, WA 98027
                                    Tel: 425.837.4717
                                    Fax: 425.837.5396

                                    J. Eli Wade-Scott*
                                    ewadescott@edelson.com
                                    Schuyler Ufkes*
                                    sufkes@edelson.com
                                    EDELSON PC
                                    350 North LaSalle Street, 14th Floor
                                    Chicago, Illinois 60654
                                    Tel: 312.589.6370
                                    Fax: 312.589.6378

                                    Philip L. Fraietta*
                                    pfraietta@bursor.com
                                    Alec M. Leslie*
                                    aleslie@bursor.com
                                    Max S. Roberts*
                                    mroberts@bursor.com
                                    BURSOR & FISHER, P.A.
                                    1330 Avenue of the Americas, 32nd Floor
                                    New York, New York 10019
                                    Tel: 646.837.7150
                                    Fax: 212.989.9163

                                    Randall K. Pulliam*
                                    rpulliam@cbplaw.com
                                    Samuel R. Jackson*
                                    sjackson@cbplaw.com
                                    CARNEY BATES AND PULLIAM, PLLC
                                    519 West 7th Street
                                    Little Rock, Arkansas 72201
                                    Tel: 501.312.8500
                                    Fax: 501.312.8505

                                    *Admitted pro hac vice

                                    Attorneys for Plaintiffs and the Putative Class

                                    AMAZON WEB SERVICES, INC,

Dated: March 3, 2025                By:  /s/ Ryan Spear (with authorization)
                                             One of Defendant's Attorneys
```

|   |   |
|---|---|
| 1 |   |
| 2 | Ryan Spear, WSBA No. 39974 |
|   | RSpear@perkinscoie.com |
| 3 | Nicola Menaldo, WSBA No. 44459 |
|   | NMenaldo@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, Washington 98101-3099 |
|   | Telephone 206.359.8000 |
| 6 | Facsimile 206.359.9000 |

*Attorneys for Defendant Amazon Web Services Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of March, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE