THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC,<br><br>Defendant. | No. 2:22-cv-00269-JHC<br><br>**JOINT STATUS REPORT AND ORDER** |

Pursuant to the Court's March 3, 2025 Order granting the Parties' Stipulated Motion to Modify Deadlines (Dkt. 236), Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") hereby submit this Joint Status Report ("Joint Status Report") and state as follows:

1. On March 3, 2025, the Court granted the Parties' Stipulated Motion to Modify Deadlines, which stayed the current expert and class certification deadlines in order to facilitate the Parties' discussions regarding a potential resolution of this case. *See* Dkt. 236.

2. The Parties have engaged in meaningful discussions about a potential resolution and believe those discussions have been productive. Given the complexity of the case, however, the Parties require additional time to discuss a potential resolution.

JOINT STATUS REPORT AND ORDER
Case No. 2:22-cv-00269-JHC

1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

WHEREFORE, the Parties respectfully request that the Court enter an order requiring the Parties to file another joint status report regarding the progress of their discussions about a potential resolution in thirty (30) days, on April 28, 2025. Consistent with this Court's prior order, the Parties further request that all other case deadlines remain stayed.

Dated: March 27, 2025

By: */s/ Ryan Spear*
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
Amazon Web Services, Inc.

By: */s/ Schuyler Ufkes*
J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

2

JOINT STATUS REPORT AND ORDER
Case No. 2:22-cv-00269-JHC

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2025.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

By : /s/ Ryan Spear
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

Attorneys for Defendant
Amazon Web Services, Inc.


By: /s/ Schuyler Ufkes
 J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero

JOINT STATUS REPORT AND ORDER
Case No. 2:22-cv-00269-JHC

3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000