THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC,<br><br>Defendant. | No. 2:22-cv-00269-JHC<br><br>**JOINT STATUS REPORT**<br><br>**AND ORDER** |

Pursuant to the Court's April 3, 2025 Order (Dkt. 238), Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") hereby submit this Joint Status Report ("Joint Status Report") and state as follows:

1. On March 3, 2025, the Court granted the Parties' Stipulated Motion to Modify Deadlines, which stayed the current expert and class certification deadlines in order to facilitate the Parties' discussions regarding a potential resolution of this case. (*See* Dkt. 236.)

2. Since the Parties' last status report, the Parties have continued to engage in meaningful discussions about a potential resolution and believe those discussions have been productive. Certain decisionmakers for Defendant were out of the office over the past month but the Parties are still progressing in their discussions. Given the progress, the Parties respectfully request additional time to discuss a potential resolution before committing

additional resources to expert discovery.

WHEREFORE, the Parties respectfully request that the Court enter an order requiring the Parties to file another joint status report regarding the progress of their discussions about a potential resolution in thirty (30) days, on May 28, 2025. Consistent with this Court's prior order, the Parties further request that all other case deadlines remain stayed.

Dated: April 28, 2025

By: /s/ *Wright A. Noel*

    Wright A. Noel
    wright@carsonnoel.com
    CARSON NOEL PLLC
    20 Sixth Avenue NE Issaquah, WA 98027
    Tel: 425.837.4717
    Fax: 425.837.5396

    J. Eli Wade-Scott (admitted pro hac vice)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted pro hac vice)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Attorneys for Plaintiffs
    Avelardo Rivera and Yasmine
    Romero

By: /s/ *Ryan Spear* (with authorization)

    Ryan Spear, WSBA No. 39974
    RSpear@perkinscoie.com
    Nicola Menaldo, WSBA No. 44459
    NMenaldo@perkinscoie.com
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone 206.359.8000
    Facsimile 206.359.9000

Attorneys for Defendant AMAZON WEB SERVICES, INC.

# ORDER

**IT IS SO ORDERED.**

DATED this 22nd day of May, 2025.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

By : /s/ Wright A. Noel
Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

J. Eli Wade-Scott (admitted *pro hac vice*)
ewadescott@edelson.com
Schuyler Ufkes (admitted *pro hac vice*)
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiffs
Avelardo Rivera and Yasmine Romero


By: /s/ Ryan Spear
Ryan Spear, WSBA No. 39974
RSpear@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
NMenaldo@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000

1  Facsimile 206.359.9000

2  Attorneys for Defendant
3  AMAZON WEB SERVICES, INC.

[PROPOSED] ORDER
Case No. 2:22-cv-00269-JHC

5

**CARSON NOEL PLLC**
20 Sixth Avenue NE Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396