UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC,<br><br>                       Defendant. | No. 2:22-cv-00269-JHC<br><br>**JOINT STATUS REPORT AND ORDER** |

Pursuant to the April 28, 2025 Joint Status Report (Dkt. 239), Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") hereby submit this Joint Status Report and state as follows:

1. On March 3, 2025, the Court granted the Parties' Stipulated Motion to Modify Deadlines, which stayed the current expert and class certification deadlines in order to facilitate the Parties' discussions regarding a potential resolution of this case. *See* Dkt. 236.

2. On April 3, 2025, the Court granted the Parties' request for an additional thirty-day extension to continue these discussions. *See* Dkt. 238.

3. On April 28, 2025, per the Court's April 3 Order, the Parties filed a Joint Status Report that requested an additional thirty-day extension to facilitate the Parties' continued

1

JOINT STATUS REPORT
Case No. 2:22-cv-00269-JHC

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

discussions regarding a potential resolution.

4. Since then, the Parties have made material progress on agreeing to terms for resolving this dispute without additional litigation. The parties are now working to finalize that agreement. The Parties anticipate that the agreement will be finalized in the near future but require a short additional extension in order to resolve the remaining issues under discussion.

5. To facilitate the Parties' continued efforts to resolve this case and to conserve the resources of both Parties and this Court, the Parties respectfully request that the Court enter an order: (1) requiring the Parties to file another joint status report in forty-five (45) days, on July 14, 2025; and (2) confirming that all other case deadlines remain stayed.

6. The Parties anticipate that this will be the last extension requested or needed.

7. This request is not made for the purpose of delay or for any other improper purpose.

8. AWS conferred with counsel for Plaintiffs, and Plaintiffs agree to the requested extension.

WHEREFORE, the Parties respectfully request that the Court enter an order requiring the Parties to update the Court regarding the progress of their discussions about a potential resolution in forty-five (45) days, on July 14, 2025. Consistent with this Court's prior order, the Parties further request that all other case deadlines remain stayed.

2

JOINT STATUS REPORT
Case No. 2:22-cv-00269-JHC

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: May 22, 2025

By: /s/ Ryan Spear

    Ryan Spear, WSBA No. 39974
    RSpear@perkinscoie.com
    Nicola Menaldo, WSBA No. 44459
    NMenaldo@perkinscoie.com
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone 206.359.8000
    Facsimile 206.359.9000

    Attorneys for Defendant AMAZON WEB SERVICES, INC.

By: /s/ Schuyler Ufkes

    J. Eli Wade-Scott (admitted *pro hac vice*)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted *pro hac vice*)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Attorneys for Plaintiffs
    Avelardo Rivera and Yasmine Romero

3

JOINT STATUS REPORT
Case No. 2:22-cv-00269-JHC

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

**IT IS SO ORDERED.**

DATED this 23rd day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:22-cv-00269-JHC

4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000