THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVELARDO RIVERA and YASMINE ROMERO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC,<br><br>Defendant. | No. 2:22-cv-00269-JHC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Avelardo Rivera and Yasmine Romero ("Plaintiffs") and Defendant Amazon Web Services, Inc. ("Defendant AWS"), by and through their undersigned attorneys, hereby stipulate to the dismissal[1] of this action with prejudice, with each party to bear their own attorneys' fees, litigation expenses, and costs in connection with this action.

---

[1] This dismissal applies only to Plaintiff Avelardo Rivera's and Plaintiff Yasmine Romero's individual claims.

Dated: June 19, 2025

By: /s/ *Wright A. Noel*

    Wright A. Noel
    wright@carsonnoel.com
    CARSON NOEL PLLC
    20 Sixth Avenue NE Issaquah, WA 98027
    Tel: 425.837.4717
    Fax: 425.837.5396

    J. Eli Wade-Scott (admitted *pro hac vice*)
    ewadescott@edelson.com
    Schuyler Ufkes (admitted *pro hac vice*)
    sufkes@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Attorneys for Plaintiffs
    Avelardo Rivera and Yasmine Romero

By: /s/ *Ryan Spear* (with authorization)

    Ryan Spear, WSBA No. 39974
    RSpear@perkinscoie.com
    Nicola Menaldo, WSBA No. 44459
    NMenaldo@perkinscoie.com
    Perkins Coie LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone 206.359.8000
    Facsimile 206.359.9000

    Attorneys for Defendant AMAZON WEB SERVICES, INC.